AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-287-RWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GENENTECH, INC.
was received by me on *(date)* 05/29/2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Corporation Service Company, Registered Agent , who is designated by law to accept service of process on behalf of *(name of organization)* GENENTECH, INC. at 40 Tech. Pkwy South, Norcross, GA 30092 at 9:58 am on *(date)* 05/29/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/29/2014

*Server's signature*

Randal L. George
*Printed name and title*

1217 Woodland Ave., #5
Atlanta, GA 30324

*Server's address*

Additional information regarding attempted service, etc:
Served: SUMMONS IN A CIVIL ACTION and COMPLAINT