IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PHIGENIX, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:14-CV-00287-RWS |
| v. | ) | |
| | ) | |
| GENENTECH, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## [~~Proposed~~] ORDER

Upon the joint motion of the parties, by and through their counsel of record, and for good cause shown, the deadline for Defendants to Answer, Move or Otherwise Respond is, hereby extended through and including July 21, 2014.

IT IS SO ORDERED, this _11th_ day of June, 2014.

_____
RICHARD W. STORY
United States District Court Judge