IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PHIGENIX, INC. and MUSC FOUNDATION FOR RESEARCH DEVELOPMENT | |
| Plaintiffs, | Civil Action No. 14-cv-00287- RWS |
| v. | **JURY TRIAL DEMANDED** |
| GENENTECH, INC., | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPLICATION FOR ADMISSION PRO HAC VICE

On June 16, 2014, the undersigned filed an Application for Admission *Pro Hac Vice* on behalf of Ping Wang [Dkt. No. 17]. This application was filed in error. Plaintiffs hereby file this Notice to inform the Court that Plaintiffs respectfully withdraw the Application for Admission *Pro Hac Vice* of Ping Wang [Dkt. No. 17].

Submitted this 17th day or June, 2014.

By:  /s/ David C. Hanson
      Paul E. Weathington
      Georgia Bar No. 743120
      David C. Hanson
      Georgia Bar No. 940508
      **WEATHINGTON SMITH, P.C.**
      191 Peachtree St. NE, Suite 3900
      Atlanta, GA 30303
      Tel: 404.524.1600
      Fax: 404.524.1610
      PWeathington@weathingtonsmith.com
      DHanson@weathingtonsmith.com

      Attorneys for Plaintiffs  PHIGENIX,
      Inc. and MUSC Foundation for
      Research Development

      **-Of Counsel-**
      Robert A. Gutkin (Pro Hac Pending)
      Michael X. Ye, Ph.D. (Pro Hac
      Pending)
      Aldo Noto(Pro Hac Pending)
      John Murray, Ph.D. (Pro Hac Pending)
      **ANDREWS KURTH LLP**
      1350 I Street, NW
      Suite 1100
      Washington, DC 20005
      Tel: 202.662.2700
      Fax: 202.662.2739
      robertgutkin@andrewskurth.com
      michaelye@andrewskurth.com
      aldonoto@andrewskurth.com
      johnmurray@andrewskurth.com

      Gregory L. Porter (Pro Hac Pending)
      **ANDREWS KURTH LLP**

2

600 Travis
Suite 4200
Houston, TX 77002
Tel: 713.220.4200
Fax: 713.220.4285
gregporter@andrewskurth.com

Attorneys for Plaintiff  PHIGENIX, Inc.

## <u>CERTIFICATE OF COMPLIANCE</u>

I HEREBY CERTIFY that the foregoing and the attached documents comply with LR 7.1(D) and LR 5.1, ND Ga. The font and point size used in preparing the foregoing document are Times New Roman, 14 pt.

WEATHINGTON SMITH, P.C.

By: */s/* David C. Hanson
David C. Hanson

Attorneys for Plaintiffs
PHIGENIX, Inc. and MUSC
Foundation for Research
Development

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing

**NOTICE OF WITHDRAWAL OF APPLICATION FOR ADMISSION PRO**

**HAC VICE** with the Clerk of Court using the CM/ECF system which will deliver

a copy by electronic mail to opposing counsel as follows:

> Frank M. Lowery
> Georgia Bar No. 410310
> Randi E. Schnell
> Georgia Bar No. 248592
> Tiana S. Mykkeltvedt
> Georgia Bar No. 533512
> **BONDURANT MIXSON & ELMORE, LLP**
> 1201 West Peachtree Street, N.W.
> 3900 One Atlantic Center
> Atlanta, GA 30309-3417
> Telephone:  (404) 881-4100
> Email:  lowrey@bmelaw.com
> Email:  schnell@bmelaw.com
> Email:  mykkeltvedt@bmelaw.com

This 17th day of June, 2014.

/s/ David C. Hanson
David C. Hanson