## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

PHIGENIX, INC. and
MUSC FOUNDATION FOR
RESEARCH
DEVELOPMENT

Plaintiffs,

     v.

GENENTECH, INC.,

Defendant.

Civil Action No. 14-cv-00287- RWS

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF MUSC FOUNDATION FOR RESEARCH DEVELOPMENT

COMES NOW, Plaintiff MUSC Foundation for Research Development ("FRD") and, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby notifies this Court and the parties that it voluntarily dismisses without prejudice all its claims brought in the First Amended Complaint against Defendant Genentech, Inc. This notice concerns the claims of FRD only and does not concern any other Plaintiffs or claims. Rule 41(a)(1) provides that a plaintiff may voluntarily withdraw from an action without a court order "before the opposing party serves

either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(i). In this case, Genentech has served neither an answer to Plaintiffs' Complaint nor a motion for summary judgment. Accordingly, dismissal under Rule 41(a)(1) is appropriate.

At the time the First Amended Complaint was filed in this matter, FRD was as assignee of the patent-in-suit (the '538 patent), See FAC ¶10, Exhibit B, thus originally giving FRD standing to pursue the claims asserted in its Complaint. However, on September 8, 2014, FRD assigned all of its interests in the '538 patent to Plaintiff Phigenix, and that assignment has been duly recorded at the United States Patent and Trademark Office. See Exhibit A. Accordingly, FRD no longer maintains standing to pursue its original claims against Genentech.[1]

Wherefore, Plaintiff prays that the Court dismiss FRD's claims against Defendant Genentech, Inc. and dismiss FRD as a party Plaintiff.

Dated: September 19, 2014

By: _/s/_ David C. Hanson
Paul E. Weathington
Georgia Bar No. 743120
David C. Hanson
Georgia Bar No. 940508
**WEATHINGTON SMITH, P.C.**
191 Peachtree St. NE, Suite 3900
Atlanta, GA 30303

---

[1] Because FRD lacks standing to maintain this suit, it requests the Court dismiss it as a party Plaintiff.

Tel: 404.524.1600
Fax: 404.524.1610
PWeathington@weathingtonsmith.com
DHanson@weathingtonsmith.com

Attorneys for Plaintiffs  PHIGENIX,
Inc. and MUSC Foundation for
Research Development

**-Of Counsel-**
Robert A. Gutkin (Pro Hac Pending)
Michael X. Ye, Ph.D. (Pro Hac
Pending)
Aldo Noto(Pro Hac Pending)
John Murray, Ph.D. (Pro Hac Pending)
**ANDREWS KURTH LLP**
1350 I Street, NW
Suite 1100
Washington, DC 20005
Tel: 202.662.2700
Fax: 202.662.2739
robertgutkin@andrewskurth.com
michaelye@andrewskurth.com
aldonoto@andrewskurth.com
johnmurray@andrewskurth.com

Gregory L. Porter (Pro Hac Pending)
**ANDREWS KURTH LLP**
600 Travis
Suite 4200
Houston, TX 77002
Tel: 713.220.4200
Fax: 713.220.4285
gregporter@andrewskurth.com

Attorneys for Plaintiff  PHIGENIX, Inc.

## <u>CERTIFICATE OF COMPLIANCE</u>

I HEREBY CERTIFY that the foregoing and the attached documents comply with LR 7.1(D) and LR 5.1, ND Ga. The font and point size used in preparing the foregoing document are Times New Roman, 14 pt.

**WEATHINGTON SMITH, P.C.**

By: <u>*/s/* David C. Hanson</u>
David C. Hanson

Attorneys for Plaintiffs
PHIGENIX, Inc. and MUSC
Foundation for Research
Development

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF MUSC FOUNDATION FOR RESEARCH DEVELOPMENT** with the Clerk of Court using the CM/ECF system which will deliver a copy by electronic mail to all counsel of record.

This 19th day of September, 2014.

/s/ David C. Hanson
David C. Hanson