UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PHIGENIX, INC.,

                Plaintiff,

    -against-

GENENTECH, INC.,

                Defendant.

Civil Action No. 1:14-cv-00287-RWS

## STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING DISCLOSURES UNDER PATENT LOCAL RULES 4.1-4.3

1.  Pursuant to the Court's Scheduling Order (ECF No. 44) and Local Patent Rule 4.1, plaintiff Phigenix, Inc. submitted its Infringement Contentions concerning the asserted claims of U.S. Patent No. 8,080,534 to Genentech on September 19, 2014.

2.  The parties have met and conferred regarding the sufficiency of these Infringement Contentions and wish to provide plaintiff with an opportunity to supplement them and Genentech with additional time to respond to the contentions so supplemented and to submit invalidity contentions;

3.  Therefore, the parties stipulate as follows:

    a.  Plaintiff shall submit revised Infringement Contentions under Patent Local Rule 4.1 by October 1, 2014;

1263884.1

1

      b. Genentech's date for compliance with Patent Local Rules 4.2 and 4.3 is hereby extended to October 31, 2014.

      c. No other dates under the Patent Local Rules are modified.

    4. This stipulation is without prejudice to any party's right to argue compliance or non-compliance with the Patent Local Rules and to seek further relief with regard thereto.

Dated:  September 24, 2014     By: /s/ David C. Hanson

     Paul E. Weathington
     Georgia Bar No. 743120
     David C. Hanson
     Georgia Bar No. 940508
     WEATHINGTON SMITH, P.C.
     191 Peachtree St. NE, Suite 3900
     Atlanta, GA 30303
     Tel: 404.524.1600
     Fax: 404.524.1610
     PWeathington@weathingtonsmith.com
     DHanson@weathingtonsmith.com

     and

     Robert A. Gutkin (Pro Hac Vice)
     Michael X. Ye, Ph.D. (Pro Hac Vice)
     Aldo Noto (Pro Hac Vice)
     John Murray, Ph.D. (Pro Hac Vice)
     ANDREWS KURTH LLP
     1350 I Street, NW
     Suite 1100
     Washington, DC 20005
     Tel: 202.662.2700
     Fax: 202.662.2739

1263884.1

robertgutkin@andrewskurth.com
michaelye@andrewskurth.com
aldonoto@andrewskurth.com
johnmurray@andrewskurth.com

Gregory L. Porter (Pro Hac Vice)
ANDREWS KURTH LLP
600 Travis
Suite 4200
Houston, TX 77002
Tel: 713.220.4200
Fax: 713.220.4285
gregporter@andrewskurth.com

Attorneys for Plaintiff PHIGENIX, Inc.

Dated:  September 24, 2014

BONDURANT MIXSON
& ELMORE, LLP

By: */s/ Frank M. Lowrey*

Frank M. Lowrey
Georgia Bar No. 410310
Randi E. Schnell
Georgia Bar No. 248592
Tiana S. Mykkeltvedt
Georgia Bar No. 533512

1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
Telephone: (404) 881-4100
Fax: (404) 881-4111
Email: lowrey@bmelaw.com
Email: schnell@bmelaw.com
Email: mykkeltvedt@bmelaw.com

and

MORRISON & FOERSTER LLP

Michael A. Jacobs (*pro hac vice*)
Matthew I. Kreeger (*pro hac vice*)
John K. Blake, Jr. (*pro hac vice*)
Xiang Li (*pro hac vice*)

425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522
Email: MJacobs@mofo.com
Email: MKreeger@mofo.com
Email: JBlake@mofo.com
Email: XLi@mofo.com

Attorneys for Defendant GENENTECH, INC.

1263884.1

## ORDER

IT IS SO ORDERED this _____*25th*_____ day of _____*Sept*_____, 2014.

_____
UNITED STATES DISTRICT JUDGE